**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>Defendants. | C.A. No. 26-362-JLH |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Jared Bobrow, Jason Lang, and Sarah Mullins of Orrick, Herrington & Sutcliffe LLP, to represent Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. in the above-captioned action.

Dated: April 15, 2026

*Of counsel:*

Jared Bobrow
Jason Lang
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
(650) 6147400
jbobrow@orrick.com
jlang@orrick.com

Sarah K. Mullins
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773 5700
sarahmullins@orrick.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants*
*Micron Technology, Inc. and*
*Micron Semiconductor Products, Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Jared

Bobrow, Jason Lang and Sarah Mullins is GRANTED.


Date: _____, 2026


_____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  April 15, 2026

*/s/ Jared Bobrow*

Jared Bobrow
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
(650) 614-7405
jbobrow@orrick.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  April 15, 2026

*/s/ Jason Lang*
Jason Lang
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
(650) 614-7427
jlang@orrick.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 15, 2026

*/s/ Sarah K. Mullins*

Sarah K. Mullins
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-4572
sarahmullins@orrick.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2026, a copy of the foregoing

document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Karen E. Keller
Emily DiBenedetto
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
edibenedetto@shawkeller.com

Michael Harbour
Andrew J. Strabone
Andrew Henderson
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
mharbour@irell.com
astrabone@irell.com
dhenderson@irell.com

Blair A. Silver
Irell & Manella LLP
750 17th Street NW, Suite 850
Washington, DC 20006
bsilver@irell.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*
_____
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Micron Technology,
Inc. and Micron Semiconductor Products, Inc.*